# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number**  2022-1245

**Short Case Caption**  Uniloc 2017 LLC v. Google LLC

**Filing Party/Entity**  Google LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S. Patent and Trademark Office, Patent Trial and Appeal Board | IPR2020-00755 | *Inter Partes* Review |

Relief sought on appeal:   ☐ None/Not Applicable

Google seeks affirmance of the Board's Final Written Decision.

Relief awarded below (if damages, specify):   ☒ None/Not Applicable

Briefly describe the judgment/order appealed from:

The Board ordered that claims 6-12 of U.S. Patent No. 6,366,908 were shown to be unpatentable.

Nature of judgment (select one): Date of judgment:  October 7, 2021

☒ Final judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory order (specify type)
☐ Other (explain)

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> *Uniloc 2017 LLC v. Google LLC*, Appeal No. 21-1509

Issues to be raised on appeal:  ☐ None/Not Applicable

> Appellant's notice of appeal identifies the PTAB's factual findings, conclusions of law, and other determinations among the issues it will raise on appeal.

Have there been discussions with other parties relating to settlement of this case?

☒ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☒ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☒ Yes   ☐ No

If they were mediated, by whom?

> Retired Judge David Folsom of the E.D. Tex.

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☒ No

Explain.

> This case is related to one of numerous lawsuits filed by Uniloc 2017 against Google. Any settlement would need to address the parties' broader dispute, which involves district court dismissals now on appeal.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> None

Date: December 23, 2021    Signature: /s/ Erika H. Arner

                           Name:      Erika H. Arner